**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Megna Precision Sheet Metal Fabrication Company, Inc. | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 84-5067012 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| _____<br>Number    Street | 8740 Winnetka Ave<br>Number    Street |
| _____ | P.O. Box |
| _____<br>City    State    ZIP Code | Northridge    CA    91324<br>City    State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| _____<br>County | _____<br>Number    Street |
| | _____<br>City    State    ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Megna Precision Sheet Metal Fabrication Company, Inc.            Case number (if known) _____
        _____
        Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   3313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When ____/____/_____ Case number _____
                                      MM / DD / YYYY
             District _____ When ____/____/_____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ____/____/_____
                                                      MM / DD / YYYY
           Case number, if known _____

Debtor  Megna Precision Sheet Metal Fabrication Company, Inc.                                Case number (if known) _____
         Name

11. **Why is the case filed in *this district*?**  Check all that apply:

  ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

  ☑ No
  ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (Check all that apply.)

  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

  ☐ It needs to be physically secured or protected from the weather.

  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  ☐ Other _____

  Where is the property? _____
  Number    Street

  _____
  City                              State    ZIP Code

  **Is the property insured?**
  ☐ No
  ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**  Check one:

  ☑ Funds will be available for distribution to unsecured creditors.
  ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

  ☑ 1-49
  ☐ 50-99
  ☐ 100-199
  ☐ 200-999
  ☐ 1,000-5,000
  ☐ 5,001-10,000
  ☐ 10,001-25,000
  ☐ 25,001-50,000
  ☐ 50,001-100,000
  ☐ More than 100,000

15. **Estimated assets**

  ☐ $0-$50,000
  ☐ $50,001-$100,000
  ☑ $100,001-$500,000
  ☐ $500,001-$1 million
  ☐ $1,000,001-$10 million
  ☐ $10,000,001-$50 million
  ☐ $50,000,001-$100 million
  ☐ $100,000,001-$500 million
  ☐ $500,000,001-$1 billion
  ☐ $1,000,000,001-$10 billion
  ☐ $10,000,000,001-$50 billion
  ☐ More than $50 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Megna Precision Sheet Metal Fabrication Company, Inc.  Case number (if known) _____
_____Name_____

**16. Estimated liabilities**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/18/2025
           MM / DD / YYYY

X _____/s/ Mahmud Ulkarim_____    Mahmud Ulkarim
Signature of authorized representative of debtor   Printed name

Title  Officer

**18. Signature of attorney**

X _____/s/_____   Date  02/18/2025
Signature of attorney for debtor   MM / DD / YYYY

Michael Kwasigroch
Printed name

Law Offices of Michael D. Kwasigroch no. 134227
Firm name

1975 Royal Ave Suite 4
Number  Street

Simi Valley                           CA        93065
City                                  State     ZIP Code

805-522-1800                          attorneyforlife@aol.com
Contact phone                         Email address

134227
Bar number                            State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 4

**Fill in this information to identify the case:**

Debtor name: Megna Precision Sheet Metal Fabrication Company, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Totten tubes<br>500 Danlee St.<br>Azuza, CA, 90051 | | | | | | 0.00 |
| 2 | Reliance steel company<br>16100 N. 71st St.<br>Suite 400<br>Scottsdale, AZ, 85254 | | | | | | 0.00 |
| 3 | IRS<br>300 N. Los Angeles St.<br>Room 1259<br>Los Angeles, CA, 90012 | | | | | | 0.00 |
| 4 | BORRMANN metal center<br>110 W. Olive Ave.<br>Burbank, CA, 91502 | | | | | | 0.00 |
| 5 | EDD<br>Legal office<br>800 capital mall MIC53<br>Sacramento, CA, 95814 | | | | | | 0.00 |
| 6 | Rexford Industrial Realty,LP<br>11620 Wilshire Blvd Suite 1000 Los Angeles,Ca 90025<br>Los Angeles, CA, 90025 | | | | | | 0.00 |
| 7 | Industrial sheet metal supply company<br>1702 North Collins Blvd.<br>Suite 100<br>Richardson, TX, 75080 | | | | | | 0.00 |
| 8 | LADWP<br>PO Box 51111<br>Los Angeles, CA, 90051 | | | | | | 0.00 |

Debtor   Megna Precision Sheet Metal Fabrication Company, Inc.    Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Amada America<br>31348 via Colinas<br>106<br>Thousand Oaks, CA, 91362 | | | | | | 0.00 |
| 10 | Rexford Industrial Realty<br>11620 Wilshire Blvd.<br>Suite 1000<br>Los Angeles, CA, 90025 | | | | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

## United States Bankruptcy Court

**IN RE:**                                                   Case No._____

Megna Precision Sheet Metal Fabrication Company, Inc.
_____  Chapter  11  _____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| | | |

# United States Bankruptcy Court

Central District of California

In re  Megna Precision Sheet Metal Fabrication Company, Inc.

Case No. _____

**Debtor**

Chapter <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ _____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

☑ **RETAINER**

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00

   The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 595.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify)  Mr. Ulkarim personally

3. The source of compensation to be paid to me is:

   ☐ Debtor     ☑ Other (specify)  Mr. Ulkarim

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. [Other provisions as needed]
petition and 341a

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
motions and adversary proceedings

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/18/2025

*Date*

*Signature of Attorney*

Law Offices of Michael D. Kwasigroch no. 134227

*Name of law firm*

1975 Royal Ave
Suite 4
Simi Valley, CA 93065

United States Bankruptcy Court

Central District of California

In re: Megna Precision Sheet Metal Fabrication Company, Inc.

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/18/2025

_____
Signature of Individual signing on behalf of debtor

_____
Position or relationship to debtor

Amada America
31348 via Colinas
106
Thousand Oaks, CA 91362


BORRMANN metal center
110 W. Olive Ave.
Burbank, CA 91502


EDD
Legal office
800 capital mall MIC53
Sacramento, CA 95814


Industrial sheet metal supply company
1702 North Collins Blvd.
Suite 100
Richardson, TX 75080


IRS
300 N. Los Angeles St.
Room 1259
Los Angeles, CA 90012


LADWP
PO Box 51111
Los Angeles, CA 90051


Reliance steel company
16100 N. 71st St.
Suite 400
Scottsdale, AZ 85254


Rexford industrial Realty
11620 Wilshire Blvd.
Suite 1000
Los Angeles, CA 90025

Rexford Industrial Realty,LP
11620 Wilshire Blvd Suite 1000 Los Angel
Los Angeles, CA 90025


Totten tubes
500 Danlee St.
Azuza, CA 90051